IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.

REGIONS BANK,

        Plaintiff,

v.

GREC HOMES VI, LLC, a Florida limited
liability company; AGUSTIN HERRAN,
individually; MANUAL A. HERRAN,
individually; ARMANDO GUERRA,
individually; EMILIANO HERRAN

        Defendants.

_____

## COMPLAINT FOR BREACH OF PROMISSORY NOTE AND BREACH OF GUARANTY

Plaintiff, REGIONS BANK, sues Defendants, GREC HOMES, VI, LLC ("GREC VI"); AGUSTIN HERRAN, individually as guarantor ("A. Herran"); MANUAL A. HERRAN, individually as guarantor ("M. Herran"); ARMANDO GUERRA, individually as guarantor ("Guerra"); and, EMILIANO HERRAN, individually as guarantor ("E. Herran") ("A. Herran"; "M. Herran"; "Guerra" and "E. Herran" hereinafter collectively the "Guarantors") ("GREC VI" and "Guarantors" hereinafter collectively referred to as "Defendants"), and alleges as follows:

### I.    Parties, Jurisdiction and Venue

1. This is an action for breach of notes and breach of guaranty agreements for damages in excess of $75,000.00, exclusive of interest costs and fees and for other related relief, within the jurisdiction of this Court.

2. Plaintiff Regions Bank is an Alabama banking corporation with its principal place of business in Birmingham, Alabama and is a citizen of the state of Alabama.

3. Defendant GREC VI is a Florida limited liability company with its principal place of business at 8500 SW 8th Street, Suite 228, Miami, Florida 33144 and is a citizen of the state of Florida as all of its members are citizens of the state of Florida.

4. Defendant A. Herran is a resident of the state of Florida with a resident address of 6450 SW 126th Street, Pinecrest, FL 33156.

5. Defendant M. Herran is a resident of Florida with a resident address of 8460 SW 5th Street, Miami, FL 33144.

6. Defendant Guerra is a resident of the state of Florida with a resident address of 9475 Journey's End Road, Coral Gables, FL 33156.

7. Defendant E. Herran is a resident of the state of Florida with a resident address of 3540 SW 129th Ave., Miami, FL 33175.

8. A. Herran is a member of the GREC VI and is a citizen of the State of Florida as he resides in Miami-Dade County, Florida.

9. The Marla C. Guerra Irrecocable Trust, a member of GREC VI is a Florida trust for which Guerra serves as Trustee and is a citizen of the state of Florida.

10. Pedrena Development, Inc, a member of GREC VI, is a Florida corporation and is a citizen of the state of Florida

11. E. Herran, is a member of GREC VI and a citizen of the state of Florida as he resides in Miami-Dade County, Florida.

12. Daniel Herran is a member of GREC VI and is a citizen of the state of Florida as he resides in Miami-Dade County, Florida.

13. Adrian Rodz is a member of GREC VI and is a citizen of the state of Florida as he resides in Miami-Dade County, Florida.

14. First Southeast Equities, Inc., a member of GREC VI, is a Florida corporation and therefore a citizen of the state of Florida.

15. Fortune Capital Partners, Inc, a member of GREC VI, is a Florida corporation and therefore a citizen of the state of Florida.

16. ABV Family Investments, Inc., a member of GREC VI, is a Florida corporation and is therefore a citizen of the state of Florida.

17. Hugo Jesus-Morales is a member of GREC VI and is a citizen of the state of Florida as he resides in Miami-Dade County, Florida.

18. Guerra Group Company, LLC, a member of GREC VI, is a Florida limited liability company with all members being citizens of the state of Florida and is a citizen of the state of Florida.

19. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332. Furthermore, diversity of citizenship is present because Plaintiff Regions Bank is a citizen of the state of Alabama and all of the Defendants are citizens of Florida. Accordingly, jurisdiction is proper.

20. Venue in this Court is appropriate as GREC VI is located and conducting business in Miami-Dade County, Florida, all of the Defendants are residents of Miami-Dade County, Florida, the subject loan documents and guaranty agreements contemplate venue in Miami-Dade County, Florida and Defendants have submitted to venue in Miami-Dade County, Florida

II. **General Allegations**

21. On or about May 3, 2005, GREC VI executed and delivered to Regions Bank a Promissory Note in the principal amount of Ten Million Two Hundred Fifty Thousand Six Hundred Seventy and No/100 ($10,250,670.00) ("Note 1"). A true and correct copy of Note 1 is attached hereto as **Exhibit "1"**.

22.     GREC VI contemporaneously executed and delivered to Regions Bank a separate Revolving Promissory Note in the principal amount of Four Million Three Hundred Seventy Five Thousand and No/100 Dollars ($4,375,000.00) ( "Note 2"). A true and correct copy of Note 2 is attached hereto as **Exhibit "2"**.

23.     To secure repayment of Note 1 and Note 2, the Guarantors guaranteed to Regions Bank the repayment of the Note 1 and Note 2 and all other indebtedness of GREC VI pursuant to that certain Continuing Guaranty executed by each of the Guarantors in favor of Regions Bank dated May 3, 2005 (the "Guaranty").

24.     On or about May 30, 2008, GREC VI executed and delivered to Regions Bank a Modification and Extension Agreement whereby Regions Bank: (a) agreed to modify and extend the maturity date of Note 1; and (b) agreed that Note 2 would no longer evidence a revolving line of credit and would extend the maturity date of Note 2 (the "Modification Agreement"). A true and correct copy of the Modification Agreement is attached hereto as **Exhibit "3"**.

25.     On or about May 30, 2008, and in connection with the provisions of the Modification Agreement, GREC VI executed and delivered to Regions Bank an Amended and Restated Promissory Note in the principal amount of Nine Million Three Hundred Forty Eight Thousand Five Hundred and No/100 ($9,348,005.00) amending, restating and replacing Note 1 (the "Renewal Note 1") ("Note 1" and the "Renewal Note 1" hereinafter collectively referred to as "Renewal Note 1"). A true and correct copy of the Renewal Note 1 is attached hereto as **Exhibit "4"**.

26.     GREC VI contemporaneously delivered a separate Amended and Restated Promissory Note in the principal amount of One Hundred Forty One Thousand Three Hundred Seven and 44/100 ($141,307.44) amending, restating and replacing Note 2 and extending the maturity date ("Note 2" and the "Renewal Note 2" hereinafter collectively referred to as

"Renewal Note 2"). A true and correct copy of the Renewal Note 2 is attached hereto as **Exhibit "5"**.

27. The Guarantors ratified and affirmed all terms, covenants and conditions of the Guaranty as modified by the Renewal Note 1 and Renewal Note 2 pursuant to the Modification of Continuing Guaranty dated May 30, 2008 (the "Modified Guarantors"). A copy of the Modified Guaranty is attached hereto as **Exhibit "6"**

28. On or about September 28, 2009, GREC VI executed and delivered to Regions Bank a Second Amended and Restated Promissory Note in the amount of $6,489,312.40 which amended and restated Renewal Note 2 (the "Second Renewal Note"). A copy of the Second Renewal Note is attached hereto as **Exhibit "7"**.

29. On or about September 28, 2009, in connection with the Second Renewal Note, GREC VI executed and delivered to Regions Bank a Second Mortgage Modification and Extension Agreement and Modification of Loan Agreement (the "Second Mortgage Modification") (the "Second Renewal Note" and "Second Mortgage Modification", hereinafter collectively referred to as the "Second Loan Modification Documents"). A copy of the Second Mortgage Modification is attached hereto as **Exhibit "8"**.

30. Contemporaneous with the execution of Second Loan Modification Documents, the Guarantors executed and delivered a Second Modification of Continuing Guaranty guaranteeing the repayment of the Second Renewal Note and all other indebtedness of GREC VI (the "Second Modified Guaranty Agreement"). A copy of the Second Modified Guaranty Agreement is attached hereto as **Exhibit "9"**.

31. Pursuant to the terms of the Second Renewal Note, GREC VI was required to make monthly payments of accrued, unpaid interest with such payments commencing on the 5th day October 2009 and continuing on the 5th day each succeeding month thereafter, in addition to

quarterly principal payments in the amount of $100,000 commencing on August 5, 2010 and continuing on the 5th day of November 2010, February 2011 and May 2011.

32. GREC VI defaulted under the terms of the Second Renewal Note by failing to pay the November 5, 2010 monthly interest payment as well as the November 5, 2010 quarterly principal payment and has failed to pay all subsequent payments due under the terms of the Second Renewal Note entitling Regions Bank to accelerate the total principal and interest due and owing pursuant to the Second Renewal Note.

33. In accordance with the terms of the Second Renewal Note, GREC VI owes Regions Bank the principal balance of $6,389,312.44, together with default interest, late charges, costs and attorney's fees pursuant to the terms of the Second Renewal Note.

34. Regions Bank owns the Second Loan Modification Documents and all associated documents and the rights to enforce the obligations of GREC VI.

35. Regions Bank has retained the law firm or Rice Pugatch Robinson & Schiller, P.A. ("RPRS") to represent Regions Bank in this action and is obligated to pay RPRS a reasonable fee for its services.

36. All conditions precedent to the filing of this action have been performed, have occurred or have been waived.

## COUNT I- BREACH OF PROMISSORY NOTE

37. Regions Bank re-alleges the allegations contained in paragraphs 1-36 as if fully set forth herein.

38. Pursuant to the Second Renewal Note, GREC VI was required to make a monthly interest payment on November 5, 2010 and each succeeding month thereafter as well as a quarterly principal payment on November 5, 2010 in the amount of $100,000.00.

39. Defendant GREC VI has defaulted under the terms of the Second Renewal Note by failing to make the November 5, 2010 interest payment and all subsequent monthly payments and further by failing to pay the November 5, 2010 quarterly principal payment.

40. Accordingly, GREC VI has breached the terms of the Second Renewal Note and all related documents.

41. As a direct and proximate result of the breach of the terms of Second Renewal Note, Regions Bank has been damaged.

**WHEREFORE,** Plaintiff Regions Bank respectfully requests that this Court enter a judgment in favor of Regions Bank and against Defendant GREC VI in the principal amount of $6,389,312.44 together with default interest, late charges, costs and attorney's fees pursuant to the terms of the Second Loan Modification Documents and for such other and further relief as this Court deems just and proper.

### COUNT II - BREACH OF SECOND MODIFIED GUARANTY AGREEMENT

42. Regions Bank re-alleges the allegations contained in paragraphs 1 through 36 as if fully set forth herein.

43. Pursuant to the Second Modified Guaranty Agreement, the Guarantors ratified and affirmed their obligations under that certain May 30, 2005 Continuing Guaranty and all subsequent amendments and modifications thereto to unconditionally, and jointly and severally, guaranty the payment and performance of all debts, obligations and liabilities of GREC VI to Regions Bank, including the obligation to pay Regions Bank the amounts due under the Second Renewal Note.

44. The Guarantors have failed to pay the amounts due and owing by GREC VI under the Second Renewal Note.

45. The failure of the Guarantors to pay Regions Bank the amounts due and owing by GREC VI constitutes a breach of the Second Modified Guaranty Agreement and such breach has directly and proximately damaged Regions Bank.

**WHEREFORE,** Regions Bank respectfully requests that this Court enter judgment in its favor and against Defendants, Agustin Herran; Manuel A. Herran; Armando J. Guerra; and Emiliano Herran, in the amount of $6,489,312.40 together with default interest, late charges, attorney's fees and costs and all elements of special damages as set forth herein pursuant to the terms of the Second Modified Guaranty Agreement and for such other and further relief as this Court deems just and proper under the circumstances.

Dated this 8th day of December, 2010.

Respectfully Submitted,

**RICE PUGATCH ROBINSON & SCHILLER, P.A.**
Attorneys for Plaintiff, Regions Bank
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida, 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Lisa M. Schiller
      LISA M. SCHILLER
      Florida Bar No.: 984426

J:\WPDocs\4443 Regions v GREC Homes VI & VII\Complaint for Breach of Guaranty Grec VI draft.docx